[No. 34654-4-III.   Division Three.   June 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN HOWARD SHURTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 16-8-00099-0, David G. Estudillo, J., entered July 18, 2016. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 33764-2-III.   Division Three.   June 29, 2017.]

*In the Matter of the Parenting of* H.J.G.

JENNIFER ROETCISOENDER, *Appellant*, v. JASON GRAY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-3-01264-8, Maryann C. Moreno, J., entered August 13, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway and Pennell, JJ.

[No. 34001-5-III.   Division Three.   June 29, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK CLIFFORD LUDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 15-1-00082-3, David Frazier, J., entered December 18, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 34077-5-III.   Division Three.   June 29, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. WENDELL LEE MUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 15-1-50380-3, Bruce A. Spanner, J., entered January 13, 2016. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Pennell, JJ.